**Electronically Filed
Supreme Court
SCWC-12-0000127
25-JUL-2014
10:06 AM**

SCWC-12-0000127

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

KALEOOKALANI K. KEKAUALUA,
aka KURT K. KEKAUALUA and AUNTY KALEO,
Petitioner/Defendant-Appellant,

and

LARS ALVIN THANEM, JR. and CURTIS K. LOVE,
Defendants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000127; CRIM. NO. 10-1-2051)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson JJ.)

Petitioner/Defendant-Appellant Kaleookalani K.
Kekaualua's Application for Writ of Certiorari, filed on June 16,
2014, is hereby rejected.

DATED: Honolulu, Hawaiʻi, July 25, 2014.

Randall K. Hironaka
for petitioner

Keith M. Kaneshiro and
Sonja P. McCullen
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

